IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION ENERGY SYSTEMS, INC., | No. C 16-05581 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY KADIE M. JELENCHICK** |
| GREEN CREATIVE LLC, | |
| Defendant. | |

The *pro hac vice* application of Attorney Kadie M. Jelenchick (Dkt. No. 9) is **DENIED** for failing to comply with Civil Local Rule 11-3.  That rule requires an applicant to certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added).  Filling out the *pro hac vice* form from the district court website such that it only identifies the state of bar membership — such as "the bar of Wisconsin" — is inadequate under the rule because it fails to identify a specific court (such as the Supreme Court of Wisconsin). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: October 19, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE