# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION ENERGY SYSTEMS, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> GREEN CREATIVE LLC, <br><br> Defendant(s). | Case No: 5:16-cv-05581-WHA <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Kadie M. Jelenchick, an active member in good standing of the bar of the Supreme Court of WI, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Orion Energy Systems, Inc. in the above-entitled action. My local co-counsel in this case is Eileen R. Ridley, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD: <br> FOLEY & LARDNER LLP <br> 777 E. Wisconsin Avenue <br> Milwaukee, WI 53202-5306 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> FOLEY & LARDNER LLP <br> 555 California Street, Suite 1700 <br> San Francisco, CA 94104-1520 |
| MY TELEPHONE # OF RECORD: <br> (414) 271-2400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 434-4484 |
| MY EMAIL ADDRESS OF RECORD: <br> kjelenchick@foley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> eridley@foley.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WI 1056506.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: October 19, 2016

s/ Kadie M. Jelenchick
APPLICANT
Kadie M. Jelenchick

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Kadie M. Jelenchick is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   Qevqdgt"3;."42380

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                            *October 2012*

American LegalNet, Inc.
www.FormsWorkFlow.com