IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORION ENERGY SYSTEMS, INC., | No. C 16-05581 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| GREEN CREATIVE LLC, | |
| Defendant. | |

The Court has considered the parties' joint motion to continue the case management conference. Good cause shown, the case management conference is continued from January 5, 2017, to **JANUARY 26, 2017**. The case management statement is due by **JANUARY 20, 2017**.

**IT IS SO ORDERED.**

Dated: December 16, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE